IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| KEDRICK KAWASSI MORRISETTE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 13-00265-CB-M |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | ) ) ) | |
| | ) | |
| Defendan | ) | |

## ORDER

This matter is before the Court on a motion filed by attorney Walter A. Blakeney seeking permission to withdraw as counsel of record for the plaintiff, Kedrick Kawassi Morrisette.  (Doc. 15.)  Mr. Blakeney states that the Plaintiff has died, that counsel has been unsuccessful in his attempt to obtain a certificate of death or to secure a substitute party, and that he has been unable to maintain regular contact with any person who might serve as a substitute party.

The motion to withdraw is governed by Local Rule 83.5(h), which states in relevant part:

> (h) Duration of Representation. Unless disbarred or suspended, attorneys shall be held at all times to represent the parties for whom they appear of record in the first instance until, after formal motion and notice to such parties and to opposing counsel, they are permitted to withdraw from such representation. The court may, however, permit withdrawal without formal motion and notice if other counsel has entered his or her appearance for the party.

This is an unusual situation. Counsel is normally required to give written notice to his client before he may be permitted to withdraw. Obviously, that is not possible in this case. Out of an abundance of caution, the Court hereby directs Plaintiff's counsel to mail copies of this order and his motion to withdraw to Plaintiff's next-of-kin. After counsel provides written notice to the Court verifying that he has complied with this order, the motion to withdraw will be granted. If no motion for substitution of parties is filed on or before **February 18, 2014**, this action will be dismissed without prejudice.

**DONE** and **ORDERED** this the 15th day of November 2013.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**